IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANITA H. SCOTT and
RAY G. SCOTT, Her Husband                                       PLAINTIFFS

           v.           Civil No. 05-3053

VENUS NOTTINGHAM and UNITED
SERVICES AUTOMOBILE ASSOCIATION                                 DEFENDANTS

### O R D E R

Now on this 26th day of January, 2006, come on for consideration the **Motion To Dismiss** of separate defendant United Services Automobile Association (document #7) and **Plaintiff's [sic] Separate Motion To Nonsuit** (document #8), and the Court, being well and sufficiently advised, finds that said motions should be, and same hereby are, **granted**, and plaintiffs' claims against separate defendant United Services Automobile Association are hereby **dismissed**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**